# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-01446-REB-BNB

KEVIN M. DONOVAN,

    Plaintiff,

v.

UNIFIED TELDATA, INC., a California corporation,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on the **Joint Motion To Set Aside Default** [#13] filed September 24, 2010. The motion is **GRANTED**. The clerk's **Entry of Default** [#6] entered August 27, 2010, is **WITHDRAWN**, and **Defendant's Answer To Plaintiff's Complaint** [#13-1] is accepted for filing.

    Dated: September 24, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.