IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01446-REB-BNB

KEVIN M. DONOVAN,

Plaintiff,

v.

UNIFIED TELDATA, INC., a California corporation,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before February 14, 2011, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 13, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge