**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01446-REB-BNB

KEVIN M. DONOVAN,

      Plaintiff,

v.

UNIFIED TELDATA, INC., a California corporation,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matte comes before me on the **Stipulation For Dismissal With Prejudice** [#19] filed February 8, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#19] filed February 8, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for October 7, 2011, is **VACATED**;

3. That the trial to the court set to commence October 17, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 9, 2011, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge